**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO.

Waynalie Roberts,

       Plaintiffs

v.

Santander Consumer USA Inc.
f/k/a
Drive Financial Services LP,


       Defendant

_____

**COMPLAINT AND JURY DEMAND**
_____

       COMES NOW the Plaintiff, by and through the undersigned attorneys and hereby files

this Complaint and Jury Demand against the above-stated Defendant and in support of said

Complaint states as follows:

**INTRODUCTION**

1.     Plaintiff initiates this action for damages pursuant to the Equal Credit Opportunity Act

      (ECOA) 15 U.S.C. §1691 *et seq*.


**JURISDICTION AND VENUE**

2.     Jurisdiction is conferred on this Court pursuant to 15 U.S.C. §1691(c).

**PARTIES**

3.     Plaintiff Waynalie Roberts is a consumer and a citizen of the state of Colorado residing at

      5401 S. Park Terrace, Greenwood Village, CO 80111.

4.    Santander Consumer USA Inc. is an Illinois corporation which purchased Drive Financial

Services LP  a Texas Limited Partnership, and continues to do business as Drive Financial in

the state of Colorado and is engaged in the lease and financing of motor vehicles and related

equipment and services, with a principal address of 8585 N. Stemmons Way, Suite 1100-N,

Dallas Texas 75247 and its registered agent found at the Corporation Company, 1675

Broadway, Suite 1200, Denver Co 80212

## GENERAL ALLEGATIONS

5.    Plaintiff made an application for credit to Drive Financial Services.

6.     Drive Financial denied Plaintiff's application for credit.

7.     This denial was an adverse action  as defined by the Equal Credit Opportunity Act.

8.    Drive Financial generated or caused to be generated an adverse action notice which was

delivered to Plaintiff.

9.    The adverse action notice failed to accurately disclose to Plaintiff the specific reason or

reasons her application for credit was denied.

## FIRST CAUSE OF ACTION
(Violation of the Equal Credit Opportunity Act)

10.   Plaintiff adopts and realleges each allegation set forth above.

11.   Pursuant to 15 U.S.C. §1691(d) and Regulation B, 12 C.F.R. §202.9(a),  Defendant was

required to properly notify Plaintiff of the action taken on her credit application.

12.   Specifically,  Pursuant to Regulation B, 12 C.F.R. § 202.9(b)(2), requires:

A statement of the reasons for adverse action required by paragraph (a)(2)(i) of this
section must be specific and indicate the principal reason(s) for the adverse action.

13.     Defendant's violations of the Equal Credit Opportunity Act were intentional and part of

its normal business practice sufficient to justify the maximum allowable punitive

damages.

14.     Defendant's violations caused actual damages to Plaintiff.

15.     Wherefore, Plaintiff prays as set forth below.

## REQUEST  FOR RELIEF

WHEREFORE, Plaintiff request this Court to enter a judgment against Defendant as follows:

A.      Under the Equal Credit Opportunity Act, award actual damages and punitive

damages under 15 U.S.C. §1691 against Defendants;.

B.      Award attorney fees and costs; and

C.      Other and further relief as may be deemed just and proper.

## DEMAND FOR JURY

Plaintiff hereby demand a trial by jury as to all issued raised herein that are.

RESPECTFULLY submitted this ___24th_____ day of October, 2008.


_____/s_*Richard Wynkoop*_____
                                        Richard Wynkoop
                                        Wynkoop & Thomas PC
                                        4410 Yates Street
                                        Denver, CO 80212
                                        720-855-0451
                                        Attorney for Plaintiff

3