IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02318-ZLW-BNB

WAYNALIE ROBERTS,

Plaintiff,

v.

SANTANDER CONSUMER USA INC.,

Defendant.

---

## ORDER

---

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record. Consistent with matters discussed at the final pretrial conference:

IT IS ORDERED that a supplemental final pretrial conference is set for **September 11, 2009, at 11:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a revised final pretrial order, modified as discussed at the conference this morning, and submit it to the court on or before **September 4, 2009**.

IT IS FURTHER ORDERED that a settlement conference will be held on **September 23, 2009, at 3:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This

requirement is not fulfilled by the presence of counsel alone.  If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.)  Each party shall submit a supplemental confidential settlement statement to the magistrate judge on or before **September 10, 2009**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated August 28, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge