IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 08-cv-02318-ZLW-BNB

WAYNALIE ROBERTS,

    Plaintiff,

v.

SANTANDER CONSUMER USA INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

    It is ORDERED that the Stipulated Motion For Dismissal With Prejudice (Doc. No. 58; Feb. 26, 2010) is granted. It is

    FURTHER ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice, each party to pay their own attorney's fees and costs.

    DATED at Denver, Colorado this 3rd day of March, 2010.

                         BY THE COURT:

                         _____
                         ZITA LEESON WEINSHIENK, Senior Judge
                         United States District Court